■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRED DURAN, Appellant. [864 NYS2d 378]—Judgment, Supreme Court, New York County (Edward J. McLaughlin, J.), rendered on or about September 11, 2007, unanimously affirmed. No opinion. Order filed. Concur—Tom, J.P., Friedman, Buckley, Acosta and Freedman, JJ.

■ APPLEHEAD PICTURES LLC, Respondent, v RONALD O. PERELMAN, Appellant. [864 NYS2d 421]—

Order, Supreme Court, New York County (Debra A. James, J.), entered March 3, 2008, which denied defendant's motion to disqualify plaintiff's law firm, unanimously affirmed, with costs.

In order to disqualify the firm representing plaintiff in this breach of contract action, defendant had to demonstrate an attorney-client relationship between the firm and plaintiff's principal, and the existence of a conflict of interest between plaintiff and its principal in connection with the matter being litigated (*see* Code of Professional Responsibility DR 5-105 [22 NYCRR 1200.24]). Defendant's evidence, consisting of a hearsay internet report, an informal e-mail and a breakfast meeting, was insufficient to establish any separate attorney-client relationship between the firm and plaintiff's principal (*see Solow v Grace & Co.*, 83 NY2d 303 [1994]).

We have considered defendant's remaining arguments and find them without merit. Concur—Tom, J.P., Friedman, Buckley, Acosta and Freedman, JJ. [*See* 2008 NY Slip Op 30573(U).]